**E-FILED**
Friday, 21 August, 2015  10:11:17 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 13-30081 |
| ) | |
| **DUANE T. KEEBLER,** ) | |
| **JOSEPH R. KEEBLER, and** ) | |
| **MICHAEL R. KEEBLER,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANT'S COMMENTARY ON SENTENCING FACTORS

**NOW COMES** Defendant, **JOSEPH R. KEEBLER,** by and through his attorney, JAMES E. ELMORE, and respectfully files his Commentary on Sentencing Factors.

## Introduction

**JOSEPH R. KEEBLER** is a 44-year old, happily married father of two - Samantha, 18 years old just beginning college at University of Missouri, and Jack, age 15 who attends Carbondale Community High School.  Joe married Molly Anne Gaffney on October 19, 1996, and she is employed part-time at John A. Logan College.

Joe lost his father at age 11 and thereafter, the Keebler family struggled financially with all seven of the Keebler children working at young ages to help support the family.  Joe has often assumed the role of a father figure for many of his siblings.

After high school graduation Joe attended and then graduated from Southern Illinois University-Carbondale in 1996 with a degree in Finance.

1

Joe has a long and successful history of productive and stable employment.  He has been a wonderful father and husband to his family.

In an effort to increase his income, Joe, along with his brother, Duane formed various corporations to provide environmental cleanup of underground storage units.  With no experience to speak of in this endeavor, Joe and Duane quickly turned over most of their IEPA work to their younger brother, Mike.  The end result of the work of all three was a pattern of over-billing and misstatements to the IEPA.  Joe has accepted full responsibility for his actions and was the first of the five charged defendants in his case and the related case to plead guilty and to agree to cooperate against the others including his brother, Mike.  He has also paid his portion of restitution in full.

## Applicable Legal Standard

Pursuant to 18 U.S.C. §3553 (a) sentencing court %shall impose a sentence sufficient, but not greater than necessary to comply with the purposes set forth in paragraph (2) of this subsection.+ This Court is well versed in those factors and the sentences available.

## Objections to the Revised Presentence Investigation Report

Joe Keebler has no objections the Presentence Investigation Report.

## Applicable Advisory Guideline Range

The applicable advisory sentencing guideline range is a base offense level of 13 with a criminal history category of -0-, resulting in a Zone C sentencing range of 12-18 months.

2

## Argument

As set forth above, the advisory sentencing guideline range is a base offense level of 13, criminal history of -0-, resulting in a Zone C sentencing range of 12-18.  It is anticipated that the Government, due to Joe Keebler's timely cooperation and the fact that he has paid his portion of restitution in full, will make a motion for a downward departure pursuant to U.S.S.G. §5K1.1.  It is further anticipated that the Government will seek a sentence of probation.

Mr. Keebler also will be seeking a sentence of probation.  Such a sentence will satisfy the sentencing factors set forth in 18 U.S.C. §3553(a).

## Evidence in Mitigation

Joe Keebler will present multiple letters on his behalf attesting to his good character.

## Conclusion

Joe Keebler asks this Court to impose a sentence of probation with all the standard conditions of probation.

**Respectfully Submitted,**
**JOSEPH R. KEEBLER, Defendant**

BY:   s/ James E. Elmore
James E. Elmore Bar No. 7362691
Attorney For Defendant
ELMORE & REID
808 South Second Street
Springfield, IL  62704
Telephone:   217/523-2340
Fax:         217/523-2549

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2015, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

Mr. Patrick D. Hansen
Assistant U.S. Attorney
Central District of Illinois
318 South 6th Street
Springfield, IL  62701                        All other parties of record.

and I hereby certify that on August 21, 2015, I have mailed by United States Postal Service, the foregoing document to the following non-CM/ECF participant(s):

Mr. Joseph R. Keebler


                              s/ James E. Elmore
                              James E. Elmore Bar No. 7362691
                              Attorney For Defendant
                              ELMORE & REID
                              808 South Second Street
                              Springfield, IL  62704
                              Telephone:   217/523-2340
                              Fax:          217/523-2549
                              E-mail: elmoreandreid@sbcglobal.net